IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWIN ELMER COVENTRY, V,[1] ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:09cv1046-TMH |
| ) | |
| DET. P. CROSBY and THE CITY OF  ) | |
| MILLBROOK, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On January 11, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 41). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendants' motion for summary judgment is GRANTED.
2. This case is dismissed with prejudice.
3. Judgment is GRANTED in favor of the defendants.
4. The costs of this proceeding are taxed against the plaintiff.

DONE this 22th day of February, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff is also known as Eddie Coventry and is identified by this name in various documents and digital video recordings contained in the record.